1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Gabriel Antonio Cortez      )   CV 08-08360-RSWL (PJWx)
                            )
                Plaintiff,  )
                            )   ORDER TO SHOW CAUSE
        v.                  )
                            )
                            )
                            )
Sunbelt Rentals, Inc. And   )
Does 1 through 100,         )
inclusive,                  )
                            )
                            )
                Defendants. )
                            )

_____

    The Court is in receipt of Defendant's Notice of
Removal.  Defendant alleges federal jurisdiction under
28 U.S.C. § 1441(b) ("§ 1441(b)").  Defendant states
that Plaintiff's Complaint alleges that Plaintiff was
subjected to illegal actions by Defendant including
violations of the Department of Transportation Federal
Motor Carrier Safety Administration's Hours of Service
Regulations, as codified in 49 CFR Part 395 ("the Hours
///

1

1  of Service Regulations"), and that the Hours of Service

2  Regulations arise under the laws of the United States.

3

4      However, the Court does not find such an allegation

5  in Plaintiff's Complaint.  Plaintiff's Complaint states

6  a cause of action under Cal. Bus. and Prof. Code §

7  17200 in which it says,

8

9          Defendant's conduct of failing to allow for meal
           breaks and rest breaks and requiring drivers to
           exceed the maximum hours mandated by State and
10         Federal Laws and regulations constitutes and was
           intended to constitute unfair competition and
11         unlawful and unfair acts and practices within the
           meaning of the Unfair Competition Laws.

12

13 [Complaint ¶ 24].  This passing reference to federal

14 law is not sufficient to confer federal jurisdiction

15 under § 1441(b).  Plaintiff's causes of action are all

16 brought and arise under California law.  Therefore, it

17 is ORDERED that Defendant show cause why this case is

18 removable to federal district court.  Therefore, the

19 parties have until no later than **January 20, 2009**, to

20 respond demonstrating why this case should not be

21 dismissed for lack of subject matter jurisdiction.

22

23 **IT IS SO ORDERED.**

24

25          **HONORABLE RONALD S.W. LEW**

26      Senior, U.S. District Court Judge

27

28 DATED: January 5, 2009

                              2